IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DUSTIN NELSON, ADC #145488                                              PLAINTIFF

v.                          5:12-cv-00272-KGB-JJV

CURTIS MEINZER; *et al.*                                                DEFENDANTS

## ORDER

Plaintiff's motion to dismiss voluntarily his complaint (Dkt. No. 24) is granted and this case is dismissed without prejudice.

SO ORDERED this 10 day of September, 2012.

_Kristine M. Baker_
Kristine G. Baker
United States District Judge