IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DUSTIN NELSON, ADC # 145488                                     PLAINTIFF

v.                          5:12-cv-00272-KGB-JJV

CURTIS MEINZER; *et al.*                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

SO ORDERED this 10 day of September, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge