## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DUSTIN NELSON, ADC # 145488**                                                **PLAINTIFF**

**v.**                              **5:12-cv-00272-KGB-JJV**

**CURTIS MEINZER;** *et al.*                                                    **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is dismissed without prejudice.

SO ORDERED this __10__ day of September, 2012.

Kristine G. Baker
United States District Judge